**Dismissed and Opinion Filed September 16, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00713-CV

**JOHN ROCHON, SR., DONNA ROCHON, LAUREN ROCHON-EIDSVIG AND HEIDI ROCHON HAFER, Appellants**
**V.**
**JGB COLLATERAL, LLC, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-19011**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Reichek
Opinion by Justice Pedersen, III

Before the Court is appellants' motion for voluntary dismissal of the appeal.

*See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

210713f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOHN ROCHON, SR., DONNA ROCHON, LAUREN ROCHON-EIDSVIG AND HEIDI ROCHON HAFER, Appellants

No. 05-21-00713-CV          V.

JGB COLLATERAL, LLC, Appellee

On Appeal from the 160th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-20-19011. Opinion delivered by Justice Pedersen, III, Justices Osborne and Reichek participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee JGB Collateral, LLC recover its costs, if any, of this appeal from appellants John Rochon, Sr., Donna Rochon, Lauren Rochon-Eidsvig and Heidi Rochon Hafer.

Judgment entered this 16th day of September, 2021.